JS-3

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>CESAR MARTINEZ,<br><br>      Defendant. | No. 2:25-393-WLH<br><br>ORDER TO DISMISS INDICTMENT PURSUANT TO RULE 48(a)<br><br>**AMENDED** |

    The Court has read and considered the government's motion to dismiss the Indictment pursuant to Federal Rule of Criminal Procedure 48(a). The Court finds that there is good cause to dismiss the Indictment in the interests of justice.

    Accordingly, IT IS HEREBY ORDERED that the Indictment is dismissed and the bond exonerated.

    IT IS SO ORDERED.

Dated: January 12, 2026      _____

                               HONORABLE WESLEY L. HSU
                               UNITED STATES DISTRICT JUDGE